# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| PAULETTA JOHNSON, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:23-cv-00545-LMM-RDC |
| | : | |
| v. | : | Judge Leigh Martin May |
| | : | |
| UNITED PARCEL SERVICE, INC. and UPS CAPITAL INSURANCE AGENCY, INC. | : | Magistrate Judge Regina D. Cannon |
| | : | |
| Defendant. | : | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties have resolved their differences.

It is hereby stipulated by and between Plaintiff Pauletta Johnson and Defendants United Parcel Service Inc. and UPS Capital Insurance Agency, Inc., through their respective counsel, that all claims set forth by Plaintiff against Defendants in the captioned action are dismissed with prejudice with each party to bear its or her own costs.

This 27th day of January 2025.

SIGNATURES CONTINUED ON NEXT PAGE

STIPULATED BY:

FOR PLAINTIFF:

s/*Jeanne Bynum Hipes*
Jeanne Bynum Hipes
Georgia Bar No. 100575
Counsel for Plaintiff

Hipes Law LLC
2475 Northwinds Parkway
Suite 200
Alpharetta, GA  30009
PH:  678-867-7006
EMAIL:  counsel@hipeslaw.com


FOR DEFENDANTS

*/s Diana H. Givand*
Diana H. Givand (*pro hac vice*)
DINSMORE & SHOHL LLP
801 Pennsylvania Ave., N.W., Suite 610
Washington, DC 20004
Phone: (202) 372-9100
Fax: (202) 372-9141
Diana.Givand@dinsmore.com

Michael B. Mattingly  (*pro hac vice*)
 DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
michael.mattingly@dinsmore.com

*-and-*

2

W. Brian Holladay
Kelly Eisenlohr-Moul
MARTENSON, HASBROUCK & SIMON LP
2573 Apple Valley Road NE Atlanta,
Georgia 30319
T: (404) 909-8114
F: (404) 909-8120
Email: bholladay@martensonlaw.com
         keisenlohr-moul@martensonlaw.com

## **FONT AND POINT CERTIFICATION**

The undersigned counsel for Plaintiff certifies that the within and foregoing Stipulated Order of Dismissal With Prejudice was prepared using Times New Roman, 14-point font in accordance with LR. 5.1(B).

                                Respectfully submitted,

                                *s/Jeanne Bynum Hipes*
                                Jeanne Bynum Hipes
                                Counsel for Plaintiff

## ORDER

WHEREAS all the parties have stipulated that the captioned actioned should be dismissed with prejudice, this Order disposes of all claims and closes this case.

IT IS SO ORDERED.

_____

JUDGE

This \_\_\_\_ day of January 2025.